**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

C.F.C.[1]; S.C.C., and L.M.S.; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation,

        Plaintiffs,

vs.

MIAMI-DADE COUNTY, FLORIDA

        Defendant.

Civil Action No. 1:18cv22956

## JOINT NOTICE OF PARTIAL SETTLEMENT

**PLEASE TAKE NOTICE** that, pursuant to Rule 16.4 of the Local Rules for the United States District Court for the Southern District of Florida, Plaintiffs C.F.C., S.C.C., and L.M.S.; WeCount!, Inc. ("WeCount!") and Florida Immigrant Coalition, Inc. ("FLIC"), on behalf of their members and their organizations as a whole (collectively "Plaintiffs"), and Defendant, Miami-Dade County (the "County") (together with Plaintiffs, the "Parties"), through undersigned counsel, hereby respectfully inform the Court that the Parties have reached a Partial Settlement Agreement for resolution of Count II, Count III, and Count IV. The Partial Settlement Agreement was approved by the Miami-Dade County Board of Commissioners on June, 2, 2021 by Resolution No. R-573-21, a copy of which is attached as Exhibit 1.

---

[1] On August 31, 2018, the Court granted Plaintiffs' Motion to Proceed Using Their Initials [ECF No. 21].

Dated: June 16, 2021                                Respectfully submitted,

<table>
<tr><td>

Geraldine Bonzon-Keenan
Miami Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By: */s/ Michael B. Valdes*
Michael B. Valdes
Assistant County Attorney
Florida Bar No. 93129
Phone: (305) 375-5151
Fax: (305) 375-5634
E-Mail: mbv@miamidade.gov

*Counsel for Defendant*

</td><td>

*/s/ Edward Soto*
Edward Soto (Fla. Bar No. 0265144)
edward.soto@weil.com
Pravin R. Patel (Fla. Bar No. 0099939)
pravin.patel@weil.com
Corey D. Berman (Fla. Bar No. 0099706)
corey.berman@weil.com
Nicole Comparato (Fla. Bar No. 0293239)
nicole.comparato@weil.com
Nathalie Sosa (Fla. Bar No. 101926)
nathalie.sosa@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159

Alana Greer (Fla Bar No. 92423)
alana@communityjusticeproject.com
Miriam Haskell (Fla Bar No. 069033)
miriam@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
**IMMIGRATION CLINIC – UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite E-273
Coral Gables, FL  33146
Tel: (305) 284-3576
Fax: (305) 284-6092

*Counsel for Plaintiffs*

</td></tr>
</table>