## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department,<br><br>　　　　　　Defendant. | Civil Action No. 1:18-cv-22956 |

## PLAINTIFFS' AMENDED WITNESS LIST

Pursuant to this Court's February 28, 2024 Order and in anticipation of the upcoming June 24, 2024 hearing in this matter, Plaintiffs respectfully submit this Amended Witness List. Plaintiffs intend to call the following witnesses in their case and reserve the right to call any impeachment witnesses who become necessary:

1. Brenda Kuhns Neuman, Chief Integrity Officer, Miami-Dade County

2. Rebecca Sharpless, University of Miami Immigration Clinic

3. Trisha Pasdach, Assistant Public Defender, Office of the Public Defender for the Eleventh Judicial Circuit

4. Patricia Jones Cummings, Miami-Dade Corrections and Rehabilitation

Dated:  June 10, 2024　　　　　　　　　　　　Respectfully submitted,

1

*/s/ Miriam Haskell*
Miriam Haskell (Fla. Bar No. 06995)
miriam@communityjusticeproject.com
Alana Greer (Fla. Bar No. 92423)
alana@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

Rachel Maremont (Ore. Bar No. 214454)*[1]
Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
**IMMIGRATION CLINIC**
**UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite E-273
Coral Gables, FL  33146
Tel: (305) 284-3576
Fax: (305) 284-6092

---

[1] Ms. Maremont's Motion to Appear Pro Hac Vice was approved on November 1, 2023. ECF No. 152.

2