**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department, <br><br> Defendant. | Civil Action No. 1:18-cv-22956 |

## PLAINTIFFS' SECOND AMENDED WITNESS LIST

Pursuant to this Court's February 28, 2024 Order and in anticipation of the upcoming June 24, 2024 hearing in this matter, Plaintiffs respectfully submit this Second (and final) Amended Witness List.[1] Plaintiffs intend to call the following witnesses in their case and reserve the right to call any impeachment witnesses who become necessary:

1. Trisha Pasdach, Assistant Public Defender, Office of the Public Defender for the Eleventh Judicial Circuit

2. Patricia Jones Cummings, Miami-Dade Corrections and Rehabilitation

3. Carlos J. Martinez, Public Defender, Office of the Public Defender for the Eleventh Judicial Circuit

---

[1] Plaintiffs have removed Rebecca Sharpless from their first Amended Witness List (ECF 226) and Oscar Londono from their first Witness List (ECF 185), as they do not intend to call either of those individuals.

4.  Brenda Kuhns Neuman, Chief Integrity Officer, Miami-Dade County

Dated:  June 20, 2024

Respectfully submitted,

*/s/ Miriam Haskell*
Miriam Haskell (Fla. Bar No. 69033)
miriam@communityjusticeproject.com
Alana Greer (Fla. Bar No. 92423)
alana@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

Rachel Maremont (Ore. Bar No. 214454)*[2]
Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
**IMMIGRATION CLINIC**
**UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite E-273
Coral Gables, FL  33146
Tel: (305) 284-3576
Fax: (305) 284-6092

---

[2] Ms. Maremont's Motion to Appear Pro Hac Vice was approved on November 1, 2023. ECF No. 152.