UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department,<br><br>        Defendant. | Civil Action No. 1:18-cv-22956 |

## PLAINTIFFS' RULE 53 SUBMISSION

Following the request from the Court on July 22, 2024, Plaintiffs respectfully submit this Rule 53 statement.

This Court informed Parties on July 22 that it intends to appoint a Special Master to monitor compliance with the Partial Settlement Agreement that was subject to Plaintiffs' Amended Motion to Enforce. In compliance with Rule 53, Federal Rules of Civil Procedure, the Court asked the Parties to respond with their positions on the appointment.

Plaintiffs do not object to the appointment of a Special Master for the purpose of supervising compliance with the Partial Settlement Agreement. Plaintiffs believe that the appropriate person for this position would have familiarity with jail processes, an understanding of the rights of people detained in the immigration system and the criminal justice system, and

1

experience working with indigent individuals. The Special Master should also have familiarity with the federal courts and respect for the requirements of the federal court system and the terms of the Partial Settlement Agreement. The Court and Parties may also find that skills related to mediation or conflict resolution are helpful to the process.

Plaintiffs are eager to learn if the Court has a particular individual in mind to serve as Special Master. Pursuant to Rule 53(b)(1), Plaintiffs offer the below-listed individuals for consideration by the Court. Each has expressed a willingness to be considered.

1. Denise Slavin, retired immigration judge
2. Whitney Untiedt, attorney, Florida Bar 15819
3. Margaret (Peggy) Maisel, retired professor of law, Florida Bar 915831

Plaintiffs can provide more information on each of these proposed candidates, upon request, if that would be helpful to the Court.

Dated: July 25, 2024              Respectfully submitted,

*/s/ Miriam Haskell*
Miriam Haskell (Fla. Bar No. 69033)
miriam@communityjusticeproject.com
Alana Greer (Fla. Bar No. 92423)
alana@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
**IMMIGRATION CLINIC**
**UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite E-273
Coral Gables, FL  33146
Tel: (305) 284-3576
Fax: (305) 284-6092

*Counsel for Plaintiffs*