**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation, <br><br><br> Plaintiffs, <br><br><br> vs. <br><br><br><br> DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department, <br><br><br><br> Defendant. | <br><br><br><br><br><br><br><br> Civil Action No. 1:18-cv-22956 |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Rachel Maremont, counsel for Plaintiffs C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; and  FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation, hereby moves the Court pursuant to the Southern District Court of Florida Local Rule 11.1(d)(3) for an order permitting her to withdraw as counsel of record for Plaintiffs in this action, based on the following:

1.  Ms. Maremont has been counsel for Plaintiffs since November 1, 2023, when her application to appear *pro hac vice* in this case was granted. ECF 152.

2.  Ms. Maremont wishes to withdraw as counsel for Plaintiffs because she is leaving her current position at the University of Miami School of Law Immigration Clinic, effective July 12, 2024. Plaintiffs will continue to be represented by the University of Miami School of Law Immigration Clinic attorney, Rebecca Sharpless, as well as counsel for Plaintiffs from the Community Justice Project and Weil, Gotshal & Manges.

3.  Under Local Rule 11.1(d)(3), Ms. Maremont has given the requisite notice to opposing counsel of her intent to withdraw from representing Plaintiffs.

4.  Under Local Rule 7.1(a)(3), Ms. Maremont has conferred with all parties who may be affected by the relief sought in this Motion and no one has any objection to the withdrawal.

5.  Attorney Anita Viciana has indicated on behalf of the Defendants that Defendants do not oppose this Motion.

6.  Pursuant to Local Rule 11.1(d)(3), the current mailing address for current counsel Rebecca Sharpless is provided below.

> Rebecca Sharpless
> University of Miami School of Law
> Immigration Clinic
> 1311 Miller Drive, Suite B-400
> Coral Gables, FL 33146

THEREFORE, Counsel respectfully requests that the Court grant this Motion.

Dated: July 29, 2024

Respectfully submitted,

/s/ Rachel Maremont
Rachel Maremont (Ore. Bar No. 214454)
/s/ Rebecca Sharpless
Rebecca Sharpless (Fla. Bar No. 0131024)
rsharpless@law.miami.edu
**IMMIGRATION CLINIC**
**UNIVERSITY OF MIAMI SCHOOL OF LAW**
1311 Miller Drive, Suite E-273
Coral Gables, FL 33146
Tel: (305) 284-3576
Fax: (305) 284-6092

## CERTIFICATE OF SERVICE

I, Rebecca Sharpless, hereby certify that on July 29, 2024, a true and correct copy of the foregoing motion was served on opposing counsel via CM/ECF.

/s/ Rebecca Sharpless