UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-22956-KMW

C.F.C., S.C.C., WECOUNT! INC., and
FLORIDA IMMIGRANT COALITION, INC.,

    Plaintiffs,

v.

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department,

    Defendant.
_____/

## DEFENDANT'S OBJECTION TO APPOINTMENT OF CHRIS MCALILEY AS MASTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53

Defendant objects to the Court's appointment of retired Magistrate Judge Chris McAliley as a master in this action pursuant to Federal Rule of Civil Procedure 53. *See* Omnibus Order (DE 237). As Judge McAliley notes in her Affidavit, she sits—or will sit, as of next month—on the Board of Directors for Americans for Immigrant Justice, an organization that, in Judge McAliley's own words, "advocates for immigrants." Affidavit of Chris McAliley ¶ 3 (DE 237-1).

Given her membership on the Board of Directors for Americans for Immigrant Justice—an agency that was originally known as The Florida Immigrant Advocacy Center—it is clear Judge McAliley has an interest in advocating for the rights of immigrants. As lovely and laudable as that interest may be, it does not make her ideally suited for appointment as a neutral master here. The County is deeply concerned that Judge McAliley, whose involvement with Americans for Immigrant Justice reveals her interest in issues regarding the rights of immigrants and immigrant communities, may approach this matter from the perspective of an advocate.

Further underscoring this point is the fact that Plaintiffs—with whom Defendant, pursuant to the Partial Settlement Agreement, was obligated to draft a Fact Sheet—requested that Americans for Immigrant Justice be included as a resource for inmates in the Fact Sheet. <u>In other words, the organization for which Judge McAliley sits on the Board of Directors is named—at Plaintiffs' request—on the Fact Sheet distributed to inmates as part of the Partial Settlement Agreement.</u> *See* Declaration of Jean Frezin (DE 215-5) at 6 (reflecting page 3 of the English version of the Fact Sheet), 9 (reflecting page 3 of the Spanish version of the Fact Sheet), 12 (reflecting page 3 of the Creole version of the Fact Sheet).

While Judge McAliley may not have grounds for disqualification as a jurist who had been randomly assigned to this matter, this is not a random assignment. The Court's deliberate appointment of a master here must be mindful of any potential impartiality or preference a master would bring to their appointment. Here, given her membership on the Board of Directors of an organization that Plaintiffs themselves have identified as a resource for inmates, Judge McAliley's appointment as a master is not appropriate.

Defendant requests that the Court appoint an individual as a master in this action who does not have any affiliation with immigrant advocacy groups. Plaintiffs are the advocates in this matter, not the master. Defendant reiterates its proposal that the Court consider any <u>active</u> Magistrate Judge in the Southern District of Florida for appointment as a master, and objects to the appointment of retired Magistrate Judge Chris McAliley as master in this action.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted,<br><br>GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>Stephen P. Clark Center<br>111 NW 1st Street, Suite 2810<br>Miami, FL 33128<br>Phone: (305) 375-5151<br>Fax: (305) 375-5611<br><br>By: *s/ Anita Viciana*<br>Anita Viciana<br>Assistant County Attorney<br>Florida Bar No. 115838<br>e-mail: anita@miamidade.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

*s/ Anita Viciana*
Assistant County Attorney