UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-22956-KMW

C.F.C., S.C.C., WECOUNT! INC., and
FLORIDA IMMIGRANT COALITION, INC.,

    Plaintiffs,

v.

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's August 1, 2024 Omnibus Order (DE 237) and the Court's August 16, 2024 Order (DE 245), Defendant hereby files the attached report, which sets forth (i) the number of ICE detainer exemption request declarations received in the last thirty days, (ii) the days on which those declarations were received, (iii) whether each declaration was approved or denied, and (iv) the date on which the approval or denial was sent, as applicable.

Dated: August 20, 2024

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 NW 1st Street, Suite 2810
Miami, FL 33128
Phone: (305) 375-5151
Fax: (305) 375-5611

By: *s/ Anita Viciana*
Anita Viciana
Assistant County Attorney
Florida Bar No. 115838
e-mail: anita@miamidade.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

*s/ Anita Viciana*
Assistant County Attorney
