# ICE Detainer Exemption Requests – "Request for Applicable Exemption to ICE Detainer"
## July 19, 2024 - August 19, 2024

| Inmate Initials | Date Received | Response Date | Response Decision |
|---|---|---|---|
| E B B | 7/31/24 | 8/14/24 | Denied |
| L B C | 8/14/24 | 8/15/24 | Denied |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |