UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22956-CV-WILLIAMS

C.F.C., *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR,[1]

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Special Master Chris McAliley's Report No. 1 (DE 248) ("***Report***").  In the Report, and pursuant to the Court's Omnibus Order (DE 237), Special Master McAliley recommends that the Court order that the reporting requirements contemplated by the partial settlement agreement be extended until further order of the Court.  (DE 248 at 1.)  No objections to the Report have been filed.

On June 16, 2021, the Parties entered a partial settlement agreement.  (DE 119-1.)  Section 1.5 of the partial settlement agreement requires Defendant to provide a report every six months through 2024 that includes a list of "all individuals for whom ICE has submitted a detainer request in the style and including the data of Defendant's currently maintained 'ICE Hold for Immigration Reports," among other categories of information.  (DE 119-1 at 19.)[2]

Over the course of the briefing regarding Plaintiffs' Motion to Enforce the Partial

---

[1] Daniel Junior is no longer the Director of the Miami-Dade Corrections and Rehabilitation Department.  Pursuant to Federal Rule of Civil Procedure 25(d), Sherea Green, appointed Director on November 13, 2023, is automatically substituted as Defendant.

[2] Pin citations refer to the pagination provided by the CM/ECF system.

Settlement Agreement (DE 155) and the multiple conferences and evidentiary hearings regarding the same, it was revealed that Defendant's breach of its reporting obligations under Section 1.5 of the partial settlement agreement was undisputed.  As Plaintiffs explained in their Motion to Enforce the Partial Settlement Agreement, Defendant's first six-month report was due on December 16, 2021.  (DE 155 at 6.)  On December 27, 2021, Plaintiffs received an incomplete report.  On April 8, 2022, Plaintiffs received the remaining data for the first six-month report.  This delayed report was the only report Plaintiffs received until November 28, 2023, when Defendant belatedly provided Plaintiffs with the information required to be included in the remaining outstanding reports.  (DE 162 at 2 n.2.)

Following the conclusion of the July 22, 2024 evidentiary hearing, the Court issued an Omnibus Order which, among other things, appointed Magistrate Judge Chris McAliley (ret.) as Special Master to, in part, "advise the Court [by November 2024] whether the reporting requirements contemplated by the partial settlement agreement should be extended owing to the issues previously identified by the Court, including non-compliance with the partial settlement agreement for up to eighteen months and failure to comply with Court orders during litigation on this matter . . . ."  (DE 237 at 4.)

Special Master McAliley recommends that the Court order that the reporting requirements contemplated by the partial settlement agreement be extended until further order of the Court.  The Court agrees with Judge McAliley's recommendation, particularly in light of Defendant's undisputed period of non-compliance with the reporting requirements.  *See Kelly v. Wengler*, 822 F.3d 1085, 1097–98 (9th Cir. 2016) (noting, in a suit filed by a state prisoner under 42 U.S.C. § 1983 alleging deliberate indifference to

the health and safety of prisoners, where the defendant failed to meet reporting requirements over a seven-month post-settlement period, that courts "have long had inherent power to modify court orders in changed circumstances," when affirming the district court's extension of the defendant's obligations under the settlement agreement due to the defendant's failure to comply with the agreement); *see also* Fed. R. Civ. P. 60(b).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Special Master McAliley's Report (DE 248) is **AFFIRMED AND ADOPTED**.

2. The reporting requirements contemplated by the partial settlement agreement are extended until further order of the Court.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 25th day of November, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE