UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-22956-KWM

C.F.C., *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR,

    DEFENDANT

_____/

## REPORT OF SPECIAL MASTER No. 3

This Court, in its August 1, 2024, Omnibus Order [ECF No. 237], appointed me to serve as a Special Master in this matter.

Beginning in August of last year, I met with counsel and party representatives, in person and by videoconference, on 15 separate occasions, more often than the monthly meetings prescribed by the Court. [*Id.* at p. 3, ¶ 4]. Nearly all of those meetings have lasted for hours. Early in this process the parties and I agreed that they were at an impasse regarding whether Defendant was in compliance with the Settlement Agreement. Accordingly, and consistent with this Court's Omnibus Order [*id.* at p. 4], I engaged in *ex parte* communications with counsel and their clients, and with Carlos Martinez, the Eleventh Circuit Public Defender, and his counsel. Our collective goal was for the parties to agree on: 1) actions Defendant might take that Plaintiffs agree would amount to

Defendant's compliance with the Settlement Agreement, or 2) a modified settlement agreement and a complete resolution of this action.

Unfortunately, we have achieved neither goal and, at this time, we have exhausted the possibilities for doing so. Accordingly, I respectfully ask to be relieved of further duties as Special Master in this action. That said, it would be my pleasure to assist the parties in resolving this action at a later and more promising time, and they know they are welcome to contact me for this purpose.

March 4, 2025

Respectfully submitted,

CHRIS MCALILEY
SPECIAL MASTER