# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| C.F.C., individually and on behalf of those similarly situated; S.C.C., individually and on behalf of those similarly situated; WECOUNT!, INC., a Florida not for profit corporation; FLORIDA IMMIGRANT COALITION, INC., a Florida not for profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department,<br><br>Defendant. | Civil Action No. 1:18-cv-22956 |

## PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Plaintiffs C.F.C., S.C.C., WeCount! and Florida Immigrant Coalition respectfully request a brief continuance of the Status Conference currently scheduled for March 26, 2025. Plaintiffs have conferred with Defendant, who does not oppose this Motion.

On March 17, 2025, this Court set a status conference for March 20, 2025. On March 17, 2025, this Court moved that status conference to March 26, 2025.

Due to scheduled travel coinciding with school spring break, counsel for Plaintiffs is unavailable on March 26, 2025. Plaintiffs have conferred with Defendant regarding available dates, and all Parties are available to appear anytime on April 2 or April 10, 2025. If the Court is also available on either day, Plaintiffs respectfully request the Status Conference be rescheduled

1

to April 2 or April 10, 2025. If the Court requires additional dates to consider, the Parties can confer and provide more.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Counsel for Plaintiffs has conferred with counsel for Defendant, and Defendant does not object to the relief sought in this Motion.

Dated: March 18, 2025                              Respectfully submitted,

/s/ Miriam Haskell
Miriam Haskell (Fla. Bar No. 69033)
miriam@communityjusticeproject.com
Alana Greer (Fla. Bar No. 92423)
alana@communityjusticeproject.com
Will Mann (Fla. Bar No. 1058086)
will@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel: (305) 907-7697

*Counsel for Plaintiffs*