UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22956-CV-WILLIAMS

C.F.C., *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR,[1]

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of the Court's Order granting Defendant's Motion for Summary Judgment (DE 260). Accordingly, it is **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of Defendant Daniel Junior and against Plaintiffs C.F.C., S.C.C., WeCount!, Inc., and Florida Immigrant Coalition, Inc, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>18th</u> day of July, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Daniel Junior is no longer the Director of the Miami-Dade Corrections and Rehabilitation Department. Pursuant to Federal Rule of Civil Procedure 25(d), Sherea Green, appointed Director on November 13, 2023, is automatically substituted as Defendant. For the purposes of clarity and consistency, the Court continues to refer to Daniel Junior by name in this Order.